## LIST OF CREDITORS

WILMINGTON SAVINGS FUND SOCIETY, FSB
500 DELAWARE AVENUE
WILMINGTON, DELAWARE 19801